September 6, 2005



U.S. District Court
DISTRICT OF DELEWARE
J.C. BOGGS FEDERAL BLDG.
LOCKBOX 18
WILMINGTON, DE. 19801-3570

RE:  00cr727  YOUR #05-78
     USA v. ALEJANDRO MONTES-MILAN

ATTN: CLERK

Pursuant to TRANSFER OF JURISDICTION, we herewith enclose a certified copy of the following;

INDICTMENT
JUDGMENT
DOCKET SHEET

Kindly acknowledge receipt on the copy of the letter provided.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _____
KEVIN EIBEL/erk

c:   KEYBOARD()
     KEYBOARD()
     KEYBOARD()
     KEYBOARD()

Received above material or record file this ____ day of ____, 20__.

Signature: _____

Date: _____