| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | CASE NUMBER *(Tran. Court)* 2:00CR00727-01 |
|---|---|---|
| | | CASE NUMBER *(Rec. Court)* CR05-78-SLR |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Alejandro Montes-Milan Salem County Correctional Center 125 Cemetery Road Woodstown, New Jersey 08098 | DISTRICT Eastern District of Pennsylvania | DIVISION Philadelphia |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Stewart Dalzell | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM April 4, 2003 — TO April 3, 2006 |

FILED SEP 0 6 2005 MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk

**OFFENSE**

Illegal Re-Entry After Deportation, in violation of 8 U.S.C. 1326(a) and (b)(2)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the "Delaware" upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 21, 2005
Date                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Delaware"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/23/05
Effective Date                       United States District Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 9-6-05
ATTEST: ___
DEPUTY CLERK, UNITED STATES DISTRICT COURT
U.S. DISTRICT COURT DISTRICT OF DELAWARE