

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 00-727 |
| --- | --- | --- |
|  | : | DATE FILED: |
| v. | : |  |
|  | : | VIOLATION: 8 U.S.C. §§ 1326(a) and (b)(2) |
|  | : | (Illegal Reentry after Deportation – 1 Count) |
| ALEJANDRO MONTES-MILLAN | : |  |

**FILED DEC 07 2000**
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### INDICTMENT

#### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about November 15, 2000, at Philadelphia, in the Eastern District of Pennsylvania, defendant

ALEJANDRO MONTES-MILLAN,

an alien, who had previously been convicted for commission of an aggravated felony and had been deported and removed from the United States on or about September 26, 1994, November 13, 1996, March 19, 1998 and June 4, 1999, was found in the United States, without first applying to the United States Attorney General for permission to reapply for admission, and without receiving in response the express consent of the Attorney General to reapply for readmission.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

**RECEIVED SEP - 8 2005**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

A TRUE BILL:

_____
FOREPERSON

_____
MICHAEL R. STILES
United States Attorney

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 9-6-05
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____ Assistant U.S. Attorney