CLOSED, INTERP

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CRIMINAL DOCKET FOR CASE #: 2:00-cr-00727-SD-ALL
### Internal Use Only

Case title: USA v. MONTES-MILLAN

Date Filed: 12/07/2000

Assigned to: JUDGE STEWART DALZELL

**Defendant**

ALEJANDRO MONTES-MILLAN(1)
*TERMINATED: 12/14/2001*

represented by **DEF. ASSOC.**
THE CURTIS CENTER BUILDING
SUITE 540 WEST
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106
FAX 215-925-4024
Fax: FAX 215-925-4024
*TERMINATED: 12/14/2001*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

8:1326(a) and (b)(2) ILLEGAL REENTRY
AFTER DEPORTATION
(1)

**Disposition**

IMPRISONMENT 32 MONTHS,
SUPERVISED RELEASE 3 YEARS,
SPECIAL ASSESSMENT $ 100.00 AND
FINE $ 500.00.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

RECEIVED
SEP - 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA

represented by **JOHN J. PEASE**
U.S. ATTORNEY'S OFFICE

A TRUE COPY
DATED: 9/6-05
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

615 CHESTNUT ST
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8340
Fax: 215-861-8233
Email: john.pease@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2000 | 1 | Indictment as to ALEJANDRO MONTES-MILLAN (1) count(s) 1 (fe) (Entered: 12/08/2000) |
| 12/07/2000 | 2 | MOTION and ORDER for Issuance of BENCH Warrant as to ALEJANDRO MONTES-MILLAN ( Signed by MAGISTRATE JUDGE CHARLES B. SMITH ) (fe) Modified on 12/11/2000 (Entered: 12/08/2000) |
| 12/07/2000 | | Bench Warrant issued as to ALEJANDRO MONTES-MILLAN . (fe) Modified on 12/11/2000 (Entered: 12/08/2000) |
| 12/08/2000 | | **Added Government Attorney JOHN J. PEASE (fe) (Entered: 12/08/2000) |
| 12/08/2000 | | Initial appearance as to ALEJANDRO MONTES-MILLAN HELD (Defendant informed of rights.) (ar) (Entered: 12/11/2000) |
| 12/08/2000 | | **Procedural Interval start P2 as to ALEJANDRO MONTES-MILLAN (1) count(s) 1 (ar) (Entered: 12/13/2000) |
| 12/11/2000 | | **Set Interpreter Flag for Spanish for ALEJANDRO MONTES-MILLAN (cb) (Entered: 12/11/2000) |
| 12/11/2000 | 3 | Minute entry as to ALEJANDRO MONTES-MILLAN dated 12/08/00: Initial appearance - Defendant temporarily detained. Case continued to Monday, December 18, 2000, at 1:30 P.M. before the Honorable Diane M. Welsh for pretrial detention hearing and arraignment. (ar) (Entered: 12/11/2000) |
| 12/11/2000 | 4 | CJA 23 Financial Affavidit by ALEJANDRO MONTES-MILLAN. (ar) (Entered: 12/11/2000) |
| 12/12/2000 | 5 | MOTION BY USA AS TO ALEJANDRO MONTES-MILLAN FOR HEARING AND DEFENDANT'S PRETRIAL DETENTION , MEMORANDUM, CERT. OF SERVICE. (lb) (Entered: 12/12/2000) |
| 12/12/2000 | 6 | ORDER APPOINTING DEFENDERS ASSOCIATION OF PHILADELPHIA for ALEJANDRO MONTES-MILLAN. (SIGNED BY MAGISTRATE JUDGE CHARLES B. SMITH), 12/13/00 ENTERED. (rp) (Entered: 12/13/2000) |
| 12/12/2000 | | **Added for ALEJANDRO MONTES-MILLAN Attorney DEF. ASSOC. (rp) (Entered: 12/13/2000) |
| 12/12/2000 | 7 | ORDER DATED 12/8/00 AS TO ALEJANDRO MONTES-MILLAN GRANTING MOTION FOR HEARING AND DEFENDANT'S PRETRIAL DETENTION AND DEFT. IS DETAINED WITHOUT BAIL TO AND INCLUDING 12/18/00, ETC. (SIGNED BY MAGISTRATE JUDGE CHARLES B. SMITH), 12/13/00 ENTERED AND COPIES FAXED. (rp) (Entered: 12/13/2000) |
| 12/14/2000 | 8 | ORDER APPOINTING DEFENDERS ASSOCIATION OF PHILADELPHIA for ALEJANDRO MONTES-MILLAN . ( SIGNED BY MAGISTRATE JUDGE |

| | | |
|---|---|---|
| | | CHARLES B. SMITH ), 12/14/00 ENTERED AND COPIES MAILED AND FAXED. (rs) (Entered: 12/14/2000) |
| 12/18/2000 | | Arraignment as to ALEJANDRO MONTES-MILLAN HELD, count 1. (lb) (Entered: 12/19/2000) |
| 12/19/2000 | 9 | Plea entered 12/18/00 by ALEJANDRO MONTES-MILLAN. Court accepts plea. NOT GUILTY: Count 1. Defendant stipulates to pretrial detention. (DMW) (lb) (Entered: 12/19/2000) |
| 12/19/2000 | 10 | ORDER DATED 12/18/00 AS TO ALEJANDRO MONTES-MILLAN THAT THE DEFENDANT BE COMMITTED TO THE CUSTODY OF THE ATTORNEY GENERAL FOR CONFINEMENT, ETC., WITH CONDITIONS. (SIGNED BY MAGISTRATE JUDGE DIANE M. WELSH), 12/19/00 ENTERED AND COPIES MAILED AND FAXED. (lb) (Entered: 12/19/2000) |
| 12/22/2000 | 11 | Notice of 12/22/00 by USA as to ALEJANDRO MONTES-MILLAN setting trial on 2/5/01 at 10:00 a.m., before Judge Dalzell. (lb) (Entered: 12/26/2000) |
| 12/28/2000 | 12 | ARREST Warrant Returned Executed as to ALEJANDRO MONTES-MILLAN on 12/8/00. (rp) (Entered: 12/28/2000) |
| 01/09/2001 | 13 | Notice dated 1/9/01 of Change of Plea Hearing by USA as to ALEJANDRO MONTES-MILLAN setting hearing on 1/17/01 at 9:30 a.m., before Judge Dalzell. (lb) (Entered: 01/09/2001) |
| 01/10/2001 | 14 | Guilty Plea Memorandum by USA as to ALEJANDRO MONTES-MILLAN, Certificate of Service. (ar) (Entered: 01/10/2001) |
| 01/12/2001 | 15 | Notice dated 1/12/01 by USA as to ALEJANDRO MONTES-MILLAN setting change of plea hearing on 1/25/01 at 2:30 p.m., before Judge Dalzell, etc., with conditions. (lb) (Entered: 01/16/2001) |
| 01/25/2001 | | Change of Plea Hearing as to ALEJANDRO MONTES-MILLAN HELD. (lb) (Entered: 01/29/2001) |
| 01/26/2001 | 16 | Plea entered 1/25/01 by ALEJANDRO MONTES-MILLAN. Court accepts plea. GUILTY: count 1 . PSI Ordered. Sentencing set for 5/4/01 at 9:30 a.m., defendant detained pending sentencing. (lb) (Entered: 01/29/2001) |
| 01/26/2001 | 17 | Guilty Plea Agreement as to ALEJANDRO MONTES-MILLAN. (lb) (Entered: 01/29/2001) |
| 01/26/2001 | 18 | Notice dated 1/25/01 of Sentencing as to ALEJANDRO MONTES-MILLAN setting sentencing at 9:30 a.m., on 5/4/01 before Judge Dalzell. (lb) (Entered: 01/29/2001) |
| 04/05/2001 | 19 | Notice dated 4/5/01 of Sentencing as to ALEJANDRO MONTES-MILLAN setting sentencing at 9:30 a.m. on 6/7/01 before Judge Dalzell. (lb) (Entered: 04/05/2001) |
| 05/30/2001 | 20 | Sentencing Memorandum by USA as to ALEJANDRO MONTES-MILLAN, Certificate of Service. (ar) (Entered: 05/30/2001) |
| 06/06/2001 | 21 | Sentencing Memorandum by ALEJANDRO MONTES-MILLAN. Cert. of Service. (lb) (Entered: 06/06/2001) |
| 06/06/2001 | 22 | ORDER DATED 6/6/01 AS TO ALEJANDRO MONTES-MILLAN THAT UPON CONSIDERATION OF DEFENDANT'S EPISTOLARY REQUEST FOR A CONTINUANCE OF THE SENTENCING. IT IS ORDERED THAT THE SENTENCING IS CONTINUED TO 9:30 A.M. ON 11/2/01. (SIGNED BY JUDGE STEWART DALZELL), 6/7/01 ENTERED AND COPIES MAILED AND FAXED BY CHAMBERS. (lb) (Entered: 06/07/2001) |

| | | |
|---|---|---|
| 06/07/2001 | 23 | Amended Notice of Sentencing dated 6/7/01 as to ALEJANDRO MONTES-MILLAN setting sentencing at 9:30 a.m. on 6/7/01, before Judge Dalzell with conditions. (lb) (Entered: 06/07/2001) |
| 10/25/2001 | 24 | MOTION BY USA AS TO ALEJANDRO MONTES-MILLAN FOR UPWARD DEPARTURE FROM SENTENCING GUIDELINES , CERT. OF SERVICE. (lb) (Entered: 10/25/2001) |
| 11/01/2001 | 25 | Amended Notice dated 11/1/01 of Sentencing as to ALEJANDRO MONTES-MILLAN setting sentencing at 3:30 p.m. on 11/15/01. (lb) (Entered: 11/01/2001) |
| 11/21/2001 | 26 | Amended Notice dated 11/1/01 of Sentencing as to ALEJANDRO MONTES-MILLAN setting sentencing at 2:00 p.m. on 12/14/01. (lb) (Entered: 11/21/2001) |
| 12/14/2001 | | Change of Plea Hearing as to ALEJANDRO MONTES-MILLAN HELD. (lb) (Entered: 12/17/2001) |
| 12/14/2001 | | Sentencing HELD as to ALEJANDRO MONTES-MILLAN, count 1. (lb) (Entered: 12/17/2001) |
| 12/14/2001 | 27 | Plea entered 12/14/01 by ALEJANDRO MONTES-MILLAN. Court accepts plea. GUILTY: count 1 . [24-1] MOTION FOR UPWARD DEPARTURE FROM SENTENCING GUIDELINES - GRANTED. Imprisonment 32 months, supervised release 32 months, fine $ 500.00 and special assessment $ 100.00. (lb) (Entered: 12/17/2001) |
| 12/14/2001 | 28 | ORDER DATED 12/14/01 AS TO ALEJANDRO MONTES-MILLAN THAT THE GOVERNMENT'S MOTION FOR UPWARD DEPARTURE. THE DEFENDANT'S CRIMINAL HISTORY IS AMENDED TO CRIMINAL HISTORY V. (SIGNED BY JUDGE STEWART DALZELL), 12/17/01 ENTERED AND COPIES MAILED AND FAXED BY CHAMBERS. (lb) (Entered: 12/17/2001) |
| 12/14/2001 | 29 | JUDGMENT DATED 12/14/01 AS TO ALEJANDRO MONTES-MILLAN (1) COUNT 1 IMPRISONMENT 32 MONTHS, SUPERVISED RELEASE 3 YEARS, SPECIAL ASSESSMENT $ 100.00 AND FINE $ 500.00. (SIGNED BY JUDGE STEWART DALZELL), 12/17/01 ENTERED AND COPIES MAILED BY CHAMBERS. (lb) (Entered: 12/17/2001) |
| 12/14/2001 | | \*\*Terminated party ALEJANDRO MONTES-MILLAN. (lb) (Entered: 12/17/2001) |
| 12/14/2001 | | \*\*Case closed as to all defendant as to ALEJANDRO MONTES-MILLAN. (lb) (Entered: 12/17/2001) |
| 02/15/2002 | 30 | Judgment Returned Executed as to ALEJANDRO MONTES-MILLAN; on 2/4/02. (lb) (Entered: 02/19/2002) |
| 09/06/2005 | 31 | Probation Jurisdiction Transferred to DISTRICT OF DELEWARE as to ALEJANDRO MONTES-MILLAN Transmitted Transfer of Jurisdiction form, with certified copies of Indictment, Judgment and Docket Sheet. (ke) (Entered: 09/06/2005) |