PROB 12CJ
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 05CR-78-SLR |
| Alejandro Montes-Millan | ) |
| Defendant | ) |

### Petition on Probation and Supervised Release

COMES NOW John G. Selvaggi Probation Officer of the Court presenting an official report upon the conduct and attitude of Alejandro Montes-Milan, who was placed on supervision by the Honorable Stewart Dalzell, sitting in the court at Philadelphia, Pennsylvania on the 14th day of December, 2001, who fixed the period of supervision at 3 years, and imposed the general terms and conditions theretofore adopted by the Court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Mandatory Condition:** "The defendant shall not commit another federal, state, or local crime."

**Evidence:** Mr. Millan's term of supervised release commenced April 4, 2003, when he was taken into immigration custody and deported. On November 18, 2004, a federal grand jury indicted the defendant for a charge of re-entry after felony conviction and subsequent deportation. The defendant pled guilty to this offense in U.S. District Court on May 12, 2005, and is pending sentencing.

PRAYING THAT THE COURT WILL ORDER that Alejandro Montes-Millan be ordered to appear before the Court to answer to the charge of violating the conditions of his supervised release.

| ORDER OF COURT | I declare under penalty of perjury the foregoing is true and correct, |
|---|---|
| Considered and ordered this ___4th___ day of ___October___, 2005. | |
| _____ | _____ |
| Chief U.S. District Judge | Supervising U.S. Probation Officer |
| | Place    Wilmington, Delaware |
| | Date    September 29, 2005 |