IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| )  | |
| Plaintiff,        ) | |
| )  | |
| v.        ) | |
| )  | CR CASE  05-78-SLR |
| ALEJANDRO MONTES-MILLAN        ) | PLEASE DIRECT ALL INQUIRIES |
| )  | TO 573-6128 |
| Defendant.        ) | |

NOTICE TO APPEAR

Please note that the **INITIAL APPEARANCE** for the above captioned case has been **RESCHEDULED** for **October 20, 2005 at 1:00 p.m.** before the Honorable Mary Pat Thynge in Courtroom #6C, 6th Floor, Boggs Federal Building, 844 N. King Street, Wilmington, DE.

Peter T. Dalleo
Clerk of the Court

By: _____
Deputy Clerk

Date: 10/11/05

cc: AUSA, Edmond Falgowski, Esq.
    Christopher S. Koyste, Esq.
    U. S. Marshal's Service
    U.S. Probation

FILED

OCT 11 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE